UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Case No.  CV 05-03604 DDP (RZx)                          Dated: June 6, 2007

Title:   LUIS JAVIER PEREZ-OLANO; MANUEL GOMEZ; MICHAEL YUBAN OBANDO; CASA LIBRE YOUTH SHELTER; LUCIA UREY; MAEJEAN ROBINSON; LUIS MIGUEL MORALES; YAN JUN LI; FREDDY GARRIDO-MARTINEZ -v- ALBERTO GONZALEZ, Attorney General; ~~ROBERT S. MUELLER, Director Federal Bureau of Investigation~~; MICHAEL CHERTOFF, Secretary of Homeland Security; OFFICE OF REFUGEE RESETTLEMENT

==========================================================================

PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the RENEWED MOTION FOR CLASS CERTIFICATION (FILED ON 05-30-07) is hereby continued from July 9, 2007 to August 06, 2007 at 10:00 a.m.

DOCKETED ON CM
JUN - 7 2007
BY ___

MINUTES FORM 11                                           Initials of Deputy Clerk
CIVIL -- GEN