UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LUIS JAVIER PEREZ OLANO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, et al.,<br><br>    Defendants. | No. CV 05-03604 DDP (RZx)<br><br>Order Directing Notice To Class Of Proposed Settlement<br><br>Hearing: December 13, 2010<br>Time: 10:00 a.m.<br>Hon. Dean D. Pregerson<br>Courtroom 3 |

  This matter is before the Court on the parties' joint motion pursuant to Fed. R. Civ. P. 23(e), to approve settlement of this class action. The Court has examined the proposed settlement, considered the briefs, evidence, and argument offered in support of the parties' motion.

  **IT IS THEREFORE ORDERED THAT:**

  1. The terms of the Settlement Agreement are preliminarily approved. The Court finds that the Settlement Agreement has no obvious deficiencies, and is within the bounds of a reasonable settlement.

[Proposed] Order

2. The Court approves, as to form and content, the Notice to the Class ("Notice").

3. The parties shall issue the Notice of Proposed Settlement of Class Action, attached hereto as Exhibit 1, to their respective media lists and post the Notice on their respective websites, where they shall remain for 30 days. Plaintiffs shall also forward the Notice to legal services providers whose names and addresses appear in Plaintiffs' counsel's database. Within ten days of this Order, or no later than November 10, 2010, the parties shall submit status reports certifying that Notice has been provided in accordance with this paragraph.

4. The parties shall make the full text of the proposed Settlement Agreement available to class members as described in the Notice of Proposed Settlement of Class Action.

5. Compliance with the procedures specified in Paragraphs 45-48 of the Settlement Agreement and the Notice of Proposed Settlement of Class Action satisfies the notice requirements of Federal Rule of Civil Procedure 23(e).

6. The Court will hold a Final Settlement Hearing ("Fairness Hearing") on December 13, 2010, at 10:00 a.m., to determine whether the terms of the Settlement Agreement are fair, reasonable, and adequate and should be approved by the Court, and to rule upon such other matters as the Court may deem appropriate.

7. Any Class Member may appear at the Fairness Hearing and show cause why the Settlement Agreement should not be approved as fair, reasonable, and adequate; *provided*, however, that no Class Member shall be entitled to contest the approval of the terms and conditions of the Settlement Agreement, or, if approved, the judgment thereon, unless he/she first submits written objections in accordance with the instructions contained in the Notice.

8. Class members shall have a period of 30 days within which to submit written objections to the proposed settlement (no later than November 30, 2010).

However, any Class Member who intends to make an appearance at the Fairness Hearing, either in person or through counsel at that Class Member's expense, must deliver to Class Counsel and Defendants' Counsel and file with the Court, no later than five business days before the Fairness Hearing (December 6, 2010), a notice of intention to appear and a statement identifying any documents the Class Member will seek to introduce or witnesses the Class Member will seek to call at the Fairness Hearing.

9. Any Class Member who fails to comply with paragraphs 7 and 8 of this Order shall waive and forfeit any and all rights that Class Member may have to appear separately or object, or to take any appeal of the orders of judgment in this action, and shall be bound by all the terms of this Settlement Agreement, and any other orders of the Court, upon final approval of the settlement.

10. Within ten days after the close of the objection period (December 10, 2010), the parties shall file reports addressing any objections to the proposed settlement, together with a proposed order approving the settlement. The Court will thereafter direct such further proceedings as may appear appropriate.

11. If the parties do not receive any objections, the parties will notify the Court by December 10, 2010, that they did not receive any objections and that the hearing on December 13, 2010, may be vacated and that the matter shall stand submitted to the Court for approval on the papers.

**IT IS SO ORDERED.**

Date: October 26, 2010

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE