STUART F. DELERY
Acting Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
MELISSA S. LEIBMAN NYSBN 4442877
Trial Attorney, District Court Section
United States Justice Department
Office of Immigration Litigation, DCS
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7016; Fax: (202) 305-7000
E-mail: Melissa.Leibman@usdoj.gov

Attorneys for Defendants.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUIS JAVIER PEREZ-OLANO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>    Defendants. | No. CV 05-03604-DDP (RZ)<br><br>**[PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

THE COURT, having considered the parties' Joint Stipulation Re: Settlement of Attorneys' Fees and Costs Under the Equal Access to Justice Act ("Joint Stipulation"), and having determined under Federal Rule of Civil Procedure 23(h) that the parties' agreement is reasonable and that the proposed Joint Stipulation will fully and fairly resolve all issues regarding Plaintiffs' Motion for Attorney's Fees (ECF No. 167) under the Equal Access to Justice Act, 28 U.S.C.

1  § 2412(d) ("EAJA"), and any and all claims for attorneys' fees, litigation costs,
2  and expenses incurred to date in the litigation of Plaintiffs' complaint, filed in this
3  case on May 13, 2005, and in the litigation of Plaintiffs' Motion for Attorney's
4  Fees;

   HEREBY ORDERS:

   The Joint Stipulation is hereby approved. Defendants shall pay Plaintiffs' counsel the sum of $1,091,441.19 ($1,086,717.00 in attorneys' fees and $4,724.19 in litigation costs) in full settlement of Plaintiffs' Motion for Attorney's Fees under the EAJA and any and all claims for attorneys' fees, litigation costs, and expenses incurred to date in the litigation of Plaintiffs' complaint, filed in this case on May 13, 2005, and in the litigation of Plaintiffs' Motion for Attorney's Fees under the EAJA. Defendants shall make payment in full of the $1,091,441.19 to the Center for Human Rights and Constitutional Law within 60 days of the date the Court enters and executes this Order.

DATED: July 03, 2012

Hon. Dean D. Pregerson
United States District Court Judge

[Proposed] Order - 2