CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone:  (213) 388-8693
Facsimile:  (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrighs.org
       marchela@centerforhumanrights.org

PUBLIC COUNSEL
Judy London (Cal Bar No. 149431)
Kristen Jackson (Cal Bar No. 226255)
610 S. Ardmore Ave.
Los Angeles, CA 90005
Telephone:  (213) 385-2977
Facsimile:  (213) 385-9089
email:jlondon@publiccounsel.org
      kjackson@publiccounsel.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUIS JAVIER PEREZ-OLANO, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> ERIC H. HOLDER, JR., ATTORNEY GENERAL, *et al.*, <br><br> Defendants. | Case No. CV 05-03604 DDP (RZx) <br><br> ORDER RE: SETTLEMENT OF ATTORNEY'S FEES AND COSTS. <br> [CLOSED] <br><br> Hearing: None |

The Court has considered the parties' Stipulation Re: Settlement of Attorney's Fees and Costs (Stipulation) and finds the parties' agreement a reasonable settlement of plaintiffs' claim for attorney's fees and costs associated with their motion for class-wide enforcement of settlement (Dkt. No. 176). Accordingly,

IT IS HEREBY ORDERED that the Stipulation is approved. Defendants shall pay Plaintiffs' counsel the sum of $105,000 in full settlement of any and all claims for attorney's fees, costs, and expenses incurred in connection with plaintiffs' motion for class-wide enforcement of settlement (Dkt. No. 176). Defendants shall make payment as provided in ¶ 2 of the Stipulation.

Dated: April 08, 2015.

_____
Hon. Dean D. Pregerson
United States District Judge

Order re: Attorney's Fees and Costs

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

- 2 -